# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0284
Lower Tribunal No. 15-7512
_____

## Miami Beach Club Motel Condominium Association, Inc.,
Appellant,

vs.

## RDR Seashore, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Shir Law Group, P.A., and Stuart J. Zoberg, (Boca Raton), for appellant.

Greenberg Traurig, P.A., and David B. Weinstein (Tampa) and Ryan T. Hopper (Tampa) and Brigid F. Cech Samole and Bethany J.M. Pandher, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.